## FIRST NATIONAL PAWN

13544

| EARNINGS | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|
| Regular | 1,250.00 | | | SOCIAL SEC | 77.50 |
| | | | | MEDICARE | 18.13 |
| | | | | FEDERAL W/H | 14.38 |
| | | | | STATE W/H | 29.00 |
| | | | | LOCAL TAXES | 0.00 |
| | | | | TOTAL TAXES | 139.01 |

**FILED**

SEP 26 2016

Clerk, U.S. Courts
District Of Montana
Billings Division

### YEAR-TO-DATE

| | |
|---|---|
| GROSS | 16,450.00 |
| SOCIAL SEC | 1,019.90 |
| MEDICARE | 238.59 |
| FED W/H | 129.42 |
| STATE W/H | 357.00 |
| LOCAL TAXES | |
| EMPLOYEE #: | 19527583 |
| SSN: | ***-**-5275 |
| PAY PERIOD: | 7/01/2016 |
| NET PAY: | 1,110.99 |

TOTALS: 1,250.00

***** HAPPY FOURTH OF JULY!! ******
ERIC R MORROW

Issue Date: 7/01/2016

---

## FIRST NATIONAL PAWN

13661

| EARNINGS | | DEDUCTIONS | TAXES | |
|---|---|---|---|---|
| Vacation | 519.21 | | SOCIAL SEC | 32.19 |
| | | | MEDICARE | 7.53 |
| | | | FEDERAL W/H | 0.00 |
| | | | STATE W/H | 1.00 |
| | | | LOCAL TAXES | 0.00 |
| | | | TOTAL TAXES | 40.72 |

### YEAR-TO-DATE

| | |
|---|---|
| GROSS | 18,219.21 |
| SOCIAL SEC | 1,129.59 |
| MEDICARE | 264.25 |
| FED W/H | 143.80 |
| STATE W/H | 387.00 |
| LOCAL TAXES | |
| EMPLOYEE #: | 19527583 |
| SSN: | ***-**-5275 |
| PAY PERIOD: | 8/01/2016 |
| NET PAY: | 478.49 |

TOTALS: 519.21

HAPPY BIRTHDAY SETH S. 8/23 !!!!
ERIC R MORROW

Issue Date: 8/01/2016

---

## FIRST NATIONAL PAWN

13410

| EARNINGS | | DEDUCTIONS | TAXES | |
|---|---|---|---|---|
| Regular | 1,250.00 | | SOCIAL SEC | 77.50 |
| | | | MEDICARE | 18.13 |
| | | | FEDERAL W/H | 14.38 |
| | | | STATE W/H | 29.00 |
| | | | LOCAL TAXES | 0.00 |
| | | | TOTAL TAXES | 139.01 |

### YEAR-TO-DATE

| | |
|---|---|
| GROSS | 13,950.00 |
| SOCIAL SEC | 864.90 |
| MEDICARE | 202.33 |
| FED W/H | 100.66 |
| STATE W/H | 299.00 |
| LOCAL TAXES | |
| EMPLOYEE #: | 19527583 |
| SSN: | ***-**-5275 |
| PAY PERIOD: | 6/01/2016 |
| NET PAY: | 1,110.99 |

TOTALS: 1,250.00

HAPPY BIRTHDAY BENNY B. 5/31 !!
ERIC R MORROW

Issue Date: 6/01/2016

**FIRST NATIONAL PAWN**  13607

| EARNINGS | | DEDUCTIONS | TAXES | |
|---|---|---|---|---|
| Regular | 1,250.00 | | SOCIAL SEC | 77.50 |
| | | | MEDICARE | 18.13 |
| | | | FEDERAL W/H | 14.38 |
| | | | STATE W/H | 29.00 |
| | | | LOCAL TAXES | 0.00 |
| | | | TOTAL TAXES | 139.01 |

**YEAR-TO-DATE**

| | |
|---|---|
| GROSS | 17,700.00 |
| SOCIAL SEC | 1,097.40 |
| MEDICARE | 256.72 |
| FED W/H | 143.80 |
| STATE W/H | 386.00 |
| LOCAL TAXES | |

TOTALS: 1,250.00

STORES 1ST-BZ, 2ND-WKS, 3RD-SH
ERIC R MORROW

EMPLOYEE #: 19527583
SSN: ***-**-5275
PAY PERIOD: 7/15/2016
NET PAY: 1,110.99

Issue Date: 7/15/2016

**FILED**

SEP 26 2016

Clerk, U.S. Courts
District Of Montana
Billings Division